1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   JOSEPHINE CAMBA CONTE,              No.    LA CV 17-5373 PA (GJSx)

12                    Plaintiff,          JUDGMENT OF DISMISSAL

13         v.

14   WELLS FARGO BANK, et al.

15                    Defendants.

16

17

18

19

20         In accordance with the Court's August 25, 2017, Minute Order granting the Motion

21   to Dismiss filed by defendants Wells Fargo Bank, N.A., as Trustee for the Pooling and

22   Servicing Agreement Dated As Of April 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-

23   Through Certificates Series 2005-WHQ2  and Ocwen Loan Servicing, LLC (collectively

24   "Defendants"),

25         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint is

26   dismissed without leave to amend;

27         IT IS FURTHER ORDERED ADJUDGED, AND DECREED that Defendants shall

28   have judgment in their favor;

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2    nothing and Defendants shall be awarded their costs of suit.

3

4

5    DATED: August 25, 2017                    _____

                                                        Percy Anderson
6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28